UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-7-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| ANDREW ESTIBEN REYNA RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Sentencing. Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Continue Sentencing (#55) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar, but at least 60 days from his current sentencing date as requested by Defendant.

Signed: October 29, 2021

Max O. Cogburn Jr
United States District Judge